**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MIGUEL ANGEL RAMIREZ-GONZALEZ,<br>Defendant. | Case No. 2:25-mj-00108-BNW<br>**ORDER** |

IT IS ORDERED that the Status Check currently scheduled for July 22, 2026, at 9:30 a.m., is vacated and continued to September 23, 2026 at 9:30 a.m.

DATED this 16th day of July, 2026.

UNITED STATES MAGISTRATE JUDGE