RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BETHANY WANG BALCHUNAS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Bethany_WangBalchunas@fd.org

Attorney for Miguel Angel Ramirez-Gonzalez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MIGUEL ANGEL RAMIREZ-GONZALEZ,

Defendant.

Case No. 2:25-mj-00108-BNW

**STIPULATION TO CONTINUE STATUS CONFERENCE**

(Second Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, United States Attorney General, and Joseph Sciscento, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Bethany Wang Balchunas, Assistant Federal Public Defender, counsel for Miguel Angel Ramirez-Gonzalez, that the Status Conference currently scheduled for September 23, 2026, at the hour of 9:30 a.m., be vacated and continued to a date and time convenient to the Court but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. Ramirez-Gonzalez needs additional time to complete the special conditions of his unsupervised probation.

2. Mr. Ramirez-Gonzalez is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the status conference.

DATED this 15th day of September, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>United States Attorney General |
| By *[/s/ Bethany Wang Balchunas]*<br>BETHANY WANG BALCHUNAS<br>Assistant Federal Public Defender | By *[/s/ Joseph Sciscento]*<br>JOSEPH SCISCENTO<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MIGUEL ANGEL RAMIREZ-GONZALEZ,<br>Defendant. | Case No. 2:25-mj-00108-BNW<br>**ORDER** |

IT IS ORDERED that the Status Check currently scheduled for September 23, 2026, at 9:30 a.m., is vacated and continued to November 30, 2026 at 10 : 00 a.m.

DATED this 16th day of September, 2026.

UNITED STATES MAGISTRATE JUDGE